IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:05CV298 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| LYLE VINES and SHAND VINES, | ) | |
| | ) | |
| Defendants. | ) | |

For good cause shown,

    IT IS ORDERED that:

1. Plaintiff's motion for reconsideration (filing 17) is granted, as follows: Paragraph 2 of the court's previous order (filing 15) is modified to provide that Mr. Hug's fees and expenses shall be paid from the Federal Practice Fund, pursuant to NEGenR 1.2(i) and the Amended Plans for Administration of the Federal Practice Fund. In all other respects the order shall remain unchanged.

2. Copies of this order shall be forwarded to:
   a. Chief Judge Joseph F. Bataillon
   b. Pat Williamson (Administrative Services)
   c. Jerry M. Hug (1823 Harney St. #1004, Omaha, NE 68102)[1]

April 6, 2006.                      BY THE COURT:

                                                   s/ *Richard G. Kopf*
                                                   United States District Judge

---

[1] Mr. Hug is reminded to enter his appearance as soon as possible.