IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| United States of America, ) | |
|     Plaintiff, ) | |
| ) | |
|     v. ) | 8:05CV298 |
| ) | |
| Lyle Vines, ) | |
|     Defendant, ) | |
| ) | |
|     and ) | |
| ) | |
| Sky Courier, Inc., ) | |
|     Garnishee. ) | |

ORDER TO ISSUE WRIT OF
CONTINUING GARNISHMENT

This matter comes before this Court on the Application For Writ of Continuing Garnishment of the Plaintiff, United States of America (filing 37), for an order to issue the Writ of Continuing Garnishment against Sky Courier, Inc., the garnishee, and for good cause shown,

IT IS HEREBY ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment against Sky Courier, Inc., whose address is 21240 Ridgetop Circle, Suite 160, Sterling, VA 20166.

DATED this 29th day of September, 2008.

BY THE COURT

s/ David L. Piester
David L. Piester
United States Magistrate Judge