```
               IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV298 |
| | ) | |
| v. | ) | |
| | ) | |
| LYLE VINES and SHAND VINES, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that to the extent that filing no. 42 can be construed as a motion to transfer venue, it is denied for the reason that the movant is represented by counsel. The denial is without prejudice.

DATED this 16th day of December, 2008.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge