```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV298 |
| | ) | |
| v. | ) | |
| | ) | |
| LYLE VINES and SHAND VINES, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

Upon consideration of defendant Lyle Vines' counsel's motion to withdraw,

IT IS ORDERED:

1. The motion, filing no. 46, is granted. Defendant Lyle Vines shall be regarded as proceeding pro se.

2. The defendant Lyle Vines' previous motion to transfer venue, filing no. 42, is reinstated.

3. The plaintiff shall file its response to the motion to transfer on or before February 25, 2009.

DATED this 11th day of February, 2009.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge