IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV298 |
| | ) | |
| v. | ) | |
| | ) | |
| LYLE VINES and SHAND VINES, | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

The plaintiff has responded to the defendant Lyle Vines' motion to transfer venue, and states it has no objection to the transfer.

IT THEREFORE HEREBY IS ORDERED,

The motion, filing no. 42, is granted and the clerk shall transfer this case to the Clerk of the United States District Court for the Eastern District of Virginia for reassignment to a judge of that court and all further proceedings.

DATED this 18th day of February, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge